# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| SHEA RENAISSANCE, LLC | § § § | |
| *Plaintiff,* | § § | |
| v. | § § § | CIVIL ACTION NO. 4:17-cv-867 |
| | § § | |
| PELEUS INSURANCE COMPANY, | § § | |
| *Defendant.* | § § | |

### AFFIDAVIT OF AMPARO YANEZ GUERRA

| | |
|---|---|
| STATE OF TEXAS | § § |
| COUNTY OF HARRIS | § |

BEFORE ME, the undersigned authority, on this day personally appeared Amparo Yanez Guerra, who is personally known to me and who, being by me duly sworn upon her oath, deposed and stated as follows:

1. "My name is Amparo Yanez Guerra. I am over twenty-one (21) years of age, am of sound mind, have personal knowledge of every statement made herein, and am fully competent to testify to the matters herein stated. Every statement made herein is true and correct.

2. I am a lawyer with the law firm of Winstead PC ("Winstead"), 1100 JPMorgan Chase Tower, 600 Travis Street, Houston, Texas 77002. I represent Defendant Peleus Insurance Company in the above-referenced action and I have personal knowledge of the facts set forth herein through my involvement in this litigation.

3. I have reviewed the document attached to this Affidavit as Exhibit 1-A to Defendant's Notice of Removal. The Exhibit is a true and correct copy, which is genuine and authentic.

4. Attached hereto as Exhibit 1-A is a true and correct copy of the United States Postal Service Tracking Results for certified mail receipt number 7016 2070 0000 2662 3484.

5. Further affiant sayeth not."

_____
Amparo Yanez Guerra

SUBSCRIBED AND SWORN TO BEFORE ME, to which witness my hand and official seal on this the 24th day of October, 2017.

_____
Notary Public in and for the State of Texas

KIMBERLY BETH AARON
Notary Public, State of Texas
Comm. Expires 09-10-2019
Notary ID 5780390

2